```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08814
    LYNETTE M BROWNLOW
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4922


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/24/2006 and was confirmed 09/13/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

    The case was dismissed after confirmation 01/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
BROTHER LOAN & FINANCE     UNSECURED          1550.21            .00          39.91
EMC MORTGAGE CORP          NOTICE ONLY       NOT FILED           .00            .00
EMC MORTGAGE               CURRENT MORTG         .00             .00            .00
NATIONAL CAPITAL MGMT LL   UNSECURED           244.61            .00            .00
BROTHER LOAN & FINANCE     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE                UNSECURED          1352.68            .00          20.38
CALVARY PORTFOLIO SVCS     UNSECURED         NOT FILED           .00            .00
CHECKER TAXI ASSN          UNSECURED         NOT FILED           .00            .00
LOAN EXPRESS CO            UNSECURED           270.00            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1346.44            .00          20.29
NCO FINANCIAL SYSTEM       UNSECURED         NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED         NOT FILED           .00            .00
NCO MARLIN                 UNSECURED         NOT FILED           .00            .00
VATIV RECOVERY SOLUTIONS   UNSECURED           522.21            .00            .00
PEOPLES GAS & LIGHT        UNSECURED         NOT FILED           .00            .00
SEARS/CITIBANK             UNSECURED         NOT FILED           .00            .00
SIR FINANCE                UNSECURED          1020.00            .00          15.37
AAA CHECKMATE              UNSECURED          1598.12            .00          41.14
EMC MORTGAGE               MORTGAGE ARRE         .00             .00            .00
ROUNDUP FUNDING LLC        UNSECURED           767.25            .00          19.75
CAPITAL ONE                UNSECURED             .00             .00            .00
CAPITAL ONE                UNSECURED             .00             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,145.25                       2,551.65
TOM VAUGHN                 TRUSTEE                                            172.30
DEBTOR REFUND              REFUND                                               .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              2,880.79


                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08814 LYNETTE M BROWNLOW
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                         156.84
ADMINISTRATIVE                                                  2,551.65
TRUSTEE COMPENSATION                                              172.30
DEBTOR REFUND                                                        .00
                                   ---------------      ---------------
TOTALS                                    2,880.79             2,880.79
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 04/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```